UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2012 MAR 15 PM 1:59

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

ROBERT L. WALTON,

    Plaintiff,

v.    Case No. 3:12-cv-145-J-20MCR

SERGEANT JASON YOUNG,
et al.,

    Defendants.

---

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff filed a Civil Rights Complaint Form (Doc. #1) on February 9, 2012; however, Plaintiff did not pay the $350.00 filing fee or file a request to proceed in forma pauperis within thirty days of the commencement of the action. Thus, this action will be dismissed without prejudice pursuant to Rule 1.03(e) of the Local Rules of the United States District Court for the Middle District of Florida. See also 28 U.S.C. §§ 1914(a), 1915(a)(1).

If Plaintiff decides to initiate a new civil rights case, he must pay the $350.00 filing fee or file a request to proceed in forma pauperis within thirty days of the commencement of the action.

Accordingly, it is now

**ADJUDGED:**

1. The **Clerk of the Court** shall send Plaintiff a Civil Rights Complaint form and an Affidavit of Indigency form. If Plaintiff elects to refile his claims in a separate action after fully exhausting each claim against each Defendant, he may complete and submit these forms. Plaintiff should not place this case number on the forms. The Clerk will assign a separate case number if Plaintiff elects to refile his claims.

2. This case is hereby **DISMISSED** without prejudice.

3. The Clerk of the Court shall enter judgment accordingly and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 1ST day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE

sc 3/15
c:
Robert L. Walton